United States Courts
Southern District of Texas
ENTERED

JAN 0 5 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE INTEGRATED ELECTRICAL SERVICES, INC. SECURITIES LITIGATION | § § CIVIL ACTION NO. H-04-3342 § |

## MEMORANDUM AND ORDER

Pending before the Court are Lead Plaintiff's motion to withdraw and strike an erroneously filed document, Docket No. 49, and the parties' joint motion for extension of time and to set page limitations, Docket No. 51. After reviewing the motions, the Court finds that they should be and hereby are **GRANTED**. The Clerk of the Court is **ORDERED** to remove Lead Plaintiff's erroneously filed post-argument submission, Docket No. 48, from the docket. The parties are **ORDERED** to make their final post-arguments submissions, each of which shall be no longer than five (5) pages, no later that January 5, 2006.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 5th day of January, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.