UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE INTEGRATED ELECTRICAL | § | |
| SERVICES, INC. SECURITIES | § | CIVIL ACTION NO. H-04-3342 |
| LITIGATION | § | |

### FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and for the reasons stated in the Memorandum and Order dated January 10, 2006, Judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

1